**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brandon C. GILREATH, Defendant–**
**Appellant.**

**No. 13–13026**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 18, 2014.

Lennard B. Register, III, Robert G. Davies, David Lance Goldberg, Pamela C.

Marsh, Pensacola, FL, for Plaintiff–Appellee.

Clinton Alan Couch, Pensacola, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Clinton Couch, appointed counsel for Brandon Gillreath in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gillreath's convictions and sentences are **AFFIRMED.**